MN-305

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

ELLEFSON, VICKIE JOLENE,

Case No. 09-61095
Chapter 7

Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NORTHERN COLLECTIONS<br>4 - 11TH STREET<br>CLOQUET, MN 55720 | 2 | 76.00 | 2.65 |

Date:   September 26, 2011

/e/ DAVID G. VELDE
DAVID G. VELDE, Trustee